```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

------------------------------
JORDAN ATKINSON,                        Civil Action 09-3797 WJM

      Plaintiff,

      V.                                   **ORDER**

WOODBRIDGE TOWNSHIP, et al

      Defendants.
------------------------------

    It appearing that proceedings in the above matter have been stayed pending a criminal matter in Middlesex County, New Jersey

    It is on this 16th day of December, 2009

    **ORDERED** that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.


                        s/William J. Martini

                        _____

                        WILLIAM J. MARTINI, U.S.D.J.